**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-03099-MSK

ALBERTO ALVARADO GINORI,

    Petitioner,

v.

ERICK HOLDER JR., U.S. ATTORNEY GENERAL,

    Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER ON HABEAS CORPUS APPLICATION of Chief Judge Marcia S. Krieger entered on February 4, 2014 it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [1] filed 11/14/2013, is denied; that this action is dismissed without prejudice; and that each party shall bear its own costs, and that leave to proceed *in forma pauperis* on appeal is denied.

    Dated at Denver, Colorado this 5th day of February 2014.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              By: s/Edward P. Butler

                              Edward P. Butler, Deputy Clerk